IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **00-cv-02229-JLK**

**CAUGHT FISH ENTERPRISES, LLC, a Colorado limited liability company, and METAL ROOF INNOVATIONS, LTD., a Colorado corporation**

    Plaintiffs,

v.

**CONTEK, INC., d/b/a/SNOW MANAGEMENT SYSTEMS, a Vermont corporation,**

    Defendant.

## ORDER

Kane, J.

I regret the delay in addressing the long-pending *Markman* issues in this case. In light of the delay, I request that the parties file a brief status report by May 1, 2006 updating me on any changes in the law or in their respective positions regarding claim construction/interpretation of the subject patent in this case since their briefing was completed. Upon receipt of this report, I will give this case prompt attention.

Dated this 13th day of April, 2006.

                                              **s/John L. Kane**
                                              SENIOR U.S. DISTRICT JUDGE