IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **00-cv-02229-JLK**

**CAUGHT FISH ENTERPRISES, LLC, a Colorado limited liability company, and METAL ROOF INNOVATIONS, LTD., a Colorado corporation**

  Plaintiffs,

v.

**CONTEK, INC., d/b/a/SNOW MANAGEMENT SYSTEMS, a Vermont corporation,**

  Defendant.

_____

**ORDER**
_____

Kane, J.

  This matter is before me to decide the proper construction of disputed claim terms set forth in U.S. Patent No. 5,228,248 ("the '248 patent") and U.S. Patent No. 5,983,588 ("the '588 patent").  Upon consideration of the parties' respective briefs and supplemental submissions and their argument at the hearing held on July 12, 2006, I have decided that Plaintiffs' proposed construction of the disputed terms, as set forth in Exhibit 1 to the parties' Notice and Stipulation Concerning the Scheduled July 12-13, 2006 <u>Markman</u> Hearing (Doc. 54), is correct under the standard most recently declared by the Federal Circuit in *Phillips v. AWH Corp.*, 415 F.3d 1303 (Fed. Cir. 2005) (*en banc*).

I expect to issue a written opinion providing the basis for this decision in the next four to six weeks. After this opinion issues, I will set a status conference to determine whether and when to set this case for trial.

If the parties would like to be referred to a magistrate judge for a settlement conference in light of my decision on the disputed claim construction issues, they should contact my chambers as soon as possible.

Dated this 18th day of July, 2006.

                                                  **s/John L. Kane**
                                                  SENIOR U.S. DISTRICT JUDGE