IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **00-cv-02229-JLK**

**CAUGHT FISH ENTERPRISES, LLC, a Colorado limited liability company, and METAL ROOF INNOVATIONS, LTD., a Colorado corporation**

     Plaintiffs,

v.

**CONTEK, INC., d/b/a/SNOW MANAGEMENT SYSTEMS, a Vermont corporation,**

     Defendant.

_____

## ORDER
_____

Kane, J.

This matter is before the Court on Plaintiffs' Unopposed Request for Status (Docket #60).

The Court's decision on the claim construction issues presented by the parties was announced in the Order entered on July 18, 2006. The Court expected at that time to issue a written opinion providing the basis for this decision by the end of August, but emergencies in other cases during this period and the press of other matters since then have delayed issuance of the opinion. The opinion will be entered as soon as possible.

Dated this 30th day of March, 2007.

                                           **s/John L. Kane**
                                           John L. Kane, Senior Judge
                                           United States District Judge